**Order filed, March 18, 2013.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-13-00111-CV
————————

**KRISTIN WILKINSON, Appellant**

**V.**

**USAA FEDERAL SAVINGS BANK TRUST SERVICES, INDIV., AND AS TRUSTEE WILLIAMS, KHERKHER, HART & BOUNDAS, L.L.P., LOOPER REED & MCGRAW, P.C., AND WILLIAM W. MORRIS, Appellee**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2011-70651**

---

## ORDER

The reporter's record in this case was due **March 6, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Patricia Palmer, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM